UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIGUEIREDO FERRAZ E ENGENHARIA DE
PROJETO LTDA.,

                Plaintiff,

-against-

THE REPUBLIC OF PERU and THE MINISTRY OF
HOUSING, CONSTRUCTION AND CLEAN-UP OF
THE REPUBLIC OF PERU - PROGRAMA AGUA
PARA TODOS (formerly known as PROGRAMA DE
APOYO A LA REFORMA DEL SECTOR
SANEAMIENTO (PARSSA), and also formerly known
as PROYECTO ESPECIAL PROGRAMA NACIONAL
DE AGUA POTABLE Y ALACANTARILLADO
(PRONAP)),

                Defendants.



Judge Pauley

08 CV 0492

**RULE 7.1 STATEMENT**

JAN 18 2008
U.S.D.C.S.
CASHIERS N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Figueiredo Ferraz E Engenharia de Projeto Ltda. certifies that the Plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: January 18, 2008

                CHADBOURNE & PARKE LLP

                By_____
                    Thomas J. Hall (TH-3398)
                    A Member of the Firm
                Attorneys for Plaintiff
                30 Rockefeller Plaza
                New York, New York 10112
                (212) 408-5100
                thall@chadbourne.com