```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
FIGUEIREDO FERRAZ E
ENGENHARIA DE PROJETO LTDA., :

            Plaintiff,    :    08 Civ. 492 (WHP)

        -against-    :    ORDER

THE REPUBLIC OF PERU AND THE :
MINISTRY OF HOUSING and
CONSTRUCTION CLEAN-UP OF THE :
REPUBLIC OF PERU,
:
            Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The initial pretrial conference is adjourned to July 18, 2008 at 10:30 a.m.

Plaintiff is directed to serve a copy of this Court's order dated January 28, 2008 on Defendants.

Dated: May 9, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Thomas Joseph Hall. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Plaintiff*