# CHADBOURNE
# & PARKE LLP

Thomas J. Hall
direct tel (212) 408-5487
thall@chadbourne.com



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

June 5, 2008

Honorable William H. Pauley
United States District Court
Southern District of New York
Room 2210
500 Pearl Street
New York, New York 10007

RECEIVED
JUN -  2008
CHAMBERS OF
WILLIAM H. PAULEY

Re: *Figueiredo Ferraz E Engenharia de Projecto Ltda. v. The Republic of Peru and The Ministry of Housing, Construction and Clean-Up of the Republic of Peru - Programa Agua Para Todos*, No. 08 CV 0492 (S.D.N.Y.)

Dear Judge Pauley:

We represent the plaintiff in this action and write to respectfully request that the Court reschedule the conference currently scheduled for July 18, 2008, as I now need to be out of town on that date for a family event. I am generally available in the weeks thereafter.

We have not consulted the defendants regarding this request as they have not appeared and, to our knowledge, have not been served with the Summons and Complaint by the Peruvian Service Authority. We initiated such service on March 25, 2008 pursuant to the Inter-American Convention on Letters Rogatory, but have not yet been advised that service is complete.

We appreciate the Court's consideration of this request.

*Application granted.*

SO ORDERED:

Respectfully submitted,

_____
WILLIAM H. PAULEY III U.S.D.J.
6/20/08

Thomas J. Hall

VIA HAND DELIVERY

*The conference is adjourned to August 7, 2008 at 12:30 pm.*