# CHADBOURNE
# & PARKE LLP

Thomas J. Hall
direct tel (212) 408-5487
thall@chadbourne.com

MEMO ENDORSED

USDC SDNY
30 Rockefeller Plaza, New York, NY 10112
DOCUMENT (212) 408-5100 fax (212) 541-5369
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

August 6, 2008

RECEIVED
AUG — 2008

Honorable William H. Pauley
United States District Court
Southern District of New York
Room 2210
500 Pearl Street
New York, New York 10007

Re: *Figueiredo Ferraz E Engenharia de Projecto Ltda. v. The Republic of Peru and The Ministry of Housing, Construction and Clean-Up of the Republic of Peru - Programa Agua Para Todos*, No. 08 CV 0492 (S.D.N.Y.)

Dear Judge Pauley:

We represent the plaintiff in this action and write to request that the Court adjourn for approximately sixty (60) days the conference currently calendared for 12:30 p.m. tomorrow, August 7, 2008, because the defendants have not yet appeared.

Plaintiff filed its Summons and Complaint on January 18, 2008 and, following translations into Spanish, initiated the process of serving defendants in Peru on March 25, 2008 by submitting these papers to the United States Central Authority (the "U.S. Authority"), the only entity in the United States authorized to effect service pursuant to the Inter-American Convention on Letters Rogatory (the "Convention"). The following day, the U.S. Authority forwarded the Summons and Complaint to the Peruvian Central Authority, the entity designated by the Republic of Peru to receive and effect service of documents in Peru pursuant to the Convention.

After the Peruvian Central Authority serves defendants, it is required to return a form documenting such service to the U.S. Authority (which will in turn forward that form to plaintiff). We have not received this documentation of service, but we have learned through informal channels that defendants were recently served with the Summons and Complaint. However, that service will not be effective until the proof of service is returned by the Peruvian Central Authority.

*Application granted.* We appreciate the Court's consideration of this request.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/7/08

Respectfully submitted,

Thomas J. Hall

VIA FACSIMILE (212-805-6390)

*The conference is adjourned to October 10, 2008 at 12:15 p.m.*

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Almaty  Beijing