UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETO LTDA.,

                              Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALCANTARILLADO (PRONAP)),

                              Defendants.
------------------------------------------------------------------ X

No. 08-CV-0492 (WHP)

**NOTICE OF APPEAL**


FILED U.S. DC
SEP 18 2009
S.D. OF N.Y.

      Please take notice that, pursuant to 28 U.S.C. § 1291, Defendants Republic of Peru, Ministerio de Vivienda, Construccion y Saneamiento, and Programa Agua Para Todos (successor by integration to Programa de Apoyo a la Reforma del Sector Saneamiento, formerly known as Proyecto Especial Programa Nacional de Agua Potable y Alcantarillado) (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order dated September 8, 2009, Hon. William H. Pauley, III, United States District Judge, denying Defendants' Motion to Dismiss based upon, *inter alia*,

sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq.*

Dated: New York, New York
September 18, 2009

Respectfully submitted,

DORSEY & WHITNEY LLP

By: /s/ Mark S. Sullivan
    Juan C. Basombrio (Admitted *Pro Hac Vice*)
    Mark S. Sullivan (MS 5242)
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendants*