UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETO LTDA.,

                              Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALCANTARILLADO (PRONAP)),

                              Defendants.
------------------------------------------------------------------ X

No. 08-CV-0492 (WHP)

**NOTICE OF MOTION**

       Please take notice that, pursuant to 28 U.S.C. § 1292(b), Defendants Republic of Peru, Ministerio de Vivienda, Construccion y Saneamiento, and Programa Agua Para Todos (successor by integration to Programa de Apoyo a la Reforma del Sector Saneamiento, formerly known as Proyecto Especial Programa Nacional de Agua Potable y Alcantarillado) (collectively, "Defendants") hereby move for certification of an interlocutory appeal of that portion of the Court's Memorandum and Order dated September 8, 2009 denying Defendants' Motion to

Dismiss based on *forum non conveniens*, comity and the existence of a forum selection clause.

Dated: New York, New York
       September 22, 2009

                                          Respectfully submitted,

                                          DORSEY & WHITNEY LLP

                                          By: /s/ Mark S. Sullivan
                                               Mark S. Sullivan (MS 5242)
                                               Juan C. Basombrio (Admitted *Pro Hac Vice*)
250 Park Avenue
New York, New York  10177
(212) 415-9200

*Attorneys for Defendants*