DORSEY & WHITNEY LLP
Juan C. Basombrio (Admitted *Pro Hac Vice*)
38 Technology Drive, Suite 100
Irvine, California 92018
(949) 932-3650

Mark S. Sullivan (MS 5242)
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETA LTDA.,

      Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALCANTARILLADO (PRONAP)),

      Defendants.
------------------------------------------------------------------ X

No. 08-CV-0492(WHP)

**NOTICE OF UNOPPOSED MOTION**

  PLEASE TAKE NOTICE that, upon the attached Memorandum of Law in Support of Motion for Re-certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), the Declaration of Mark S. Sullivan in Support of Motion for Recertification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), and all of the prior papers and proceedings herein, Defendants Republic of Peru; Ministerio de Vivienda, Construccion y Saneamiento; and

Programa Agua Para Todos (successor by integration to Programa de Apoyo a la Reforma del Sector Saneamiento (PARSSA), formerly known as Proyecto Especial Programa Nacional de Agua Potable y Alcantarillado (PRONAP)) (hereinafter "Defendants") hereby move this Court for Recertification for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b). Attorneys for Plaintiff do not oppose this motion.

Dated: New York, New York
January 22, 2010

Respectfully submitted,

DORSEY & WHITNEY LLP

By: /s/ Mark S. Sullivan
Mark S. Sullivan (MS 5242)
Juan C. Basombrio (Admitted *Pro Hac Vice*)
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for the Defendants*