SDNY/NYNY

08-CV-492
Pauley, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05 FEB 2010

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of February, two thousand ten.

Before:  Ralph K. Winter,
          *Circuit Judges.*

FIGUEIREDO FERRAZ CONSULTORIA E ENGENHARIA
DE PROJECTO LTDA,

        *Plaintiff-Appellee,*

v.

THE REPUBLIC OF PERU and THE MINISTRY OF HOUSING,
CONSTRUCTION AND CLEAN-UP OF THE REPUBLIC OF PERU,
Programa Agua Para Todos, formerly known as Proyecto Especial
Programa Nacional De Agua Portable Y Alacantarillado (PRONAP),
formerly known as Programa De Apoyo a la Reforma Del Sector
Sanaemiento (PARSSA),

        *Defendants,*

THE REPUBLIC OF PERU, MINISTERIO DE VIVIENDA, CONSTRUCCION
Y SANEAMIENTO, PROGRAMA AGUA PARA TODOS (PART), successor
by integration to Programa De Apoyo A La Reforma Del Sector Saneamiento
(PARSSA),

        *Defendants-Appellants.*

**ORDER**
Docket No. 09-3925-cv

UNITED STATES COURT OF APPEALS FILED FEB -4 2010 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

IT IS HEREBY ORDERED that Appellants motion to stay the briefing for 60 days pending determination of the Petition for Leave to Appeal is GRANTED.

                      FOR THE COURT,
                      Catherine O'Hagan Wolfe,
                      Clerk

                      Judy Pisnanont, Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
      DEPUTY CLERK

CERTIFIED:
    FEB - 4 2010