**MANDATE**

S.D.N.Y.-N.Y.C.
08-cv-0492
Pauley, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of April, two thousand ten,

Present:
    Reena Raggi,
    Peter W. Hall,
        *Circuit Judges*.[*]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/29/2010
```

Figueiredo Ferraz E Engenharia De Projeto LTDA,

        *Plaintiff-Respondent*,

v.

The Republic of Peru, *et al.*,

        *Defendants-Petitioners*.

10-478-mv

Petitioners, through counsel, move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal those portions of an order of the district court that are not immediately appealable under the Foreign Sovereign Immunities Act. Upon due consideration, it is hereby ORDERED that the petition is GRANTED in the interests of judicial economy so as to allow the panel which will consider the merits of the FSIA appeal, Docket No. 09-3925-cv, an opportunity, if it wants to do so, to consider the questions presented in this appeal relating to forum. The merits panel is free to "reconsider[]

---

[*]The Honorable Rosemary S. Pooler, who was a member of this panel, has removed herself from hearing and consideration of this appeal. The remaining two panel members, who agree on the disposition, decide this appeal pursuant to Local Rule 0.14(b).

SAO-AGC

**MANDATE ISSUED ON 04/29/2010**

[this] earlier decision to permit appeal from an interlocutory order." *See Koehler v. Bank of Bermuda Ltd.*, 101 F.3d 863, 867 (2d Cir. 1996).

The Clerk's Office shall consolidate this appeal with the appeal in Docket No. 09-3925-cv, which is currently pending before this Court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2