**MANDATE**

08cv0492(WHP)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of March, two thousand and ten,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/11/2010
```

Figueiredo Ferraz E. Engenharia De Projeto LTDA.,

Plaintiff - Appellee,

v.

The Republic of Peru, Ministerio De Vivienda, Construccion Y Saneamiento, Programa Agua Para Todos (PAPT), Successor by integration to Programa De Apoya A La Reforma Del Sector Saneamiento (PARSSA), FKA Proyecto Especial Programa Nacional De Agua Portable Y Alacantarillado (PRONAP),

Defendant - Appellant,

The Republic of Peru and the Ministry of Housing, Construction and Clean-up of the Republic of Peru, FKA Programa Agua Para Todos (PAPT), FKA Proyecto Especial Programa Nacional De Agua Portable Y Alacantarillado (PRONAP), FKA Programa De Apoyo a la Reforma Del Sector Sanaemiento (PARSSA),

Defendant.

ORDER
Docket Number: 10-214

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the appellee, by June 1, 201 0.

**MANDATE ISSUED ON 08/11/2010**

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Jeanine Cook, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*