UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                :
FIGUEIREDO FERRAZ E             :
ENGENHARIA DE PROJETO LTDA.,    :
                                :
            Plaintiff,          :   08 Civ. 492 (WHP)
                                :
        -against-               :   ORDER
                                :
THE REPUBLIC OF PERU AND THE    :
MINISTRY OF HOUSING and         :
CONSTRUCTION CLEAN-UP OF THE    :
REPUBLIC OF PERU,               :
                                :
            Defendants.         :
                                :
--------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2010
```

WILLIAM H. PAULEY III, District Judge:

On August 11, 2010, the Court of Appeals issued a mandate in this action and remanded that matter to this Court. The parties are directed to submit a joint status report on this matter by August 27, 2010. The Clerk of Court is directed to terminate Docket No. 34 as moot.

Dated: August 20, 2010
       New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

-1-

*Counsel of record:*

Thomas Joseph Hall. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Plaintiff*

Juan C. Basombrio, Esq.
Dorsey & Whitney LLP
38 Technology Drive
Irvine, CA 92618
*Counsel for Defendants*