UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIGUEIREDO FERRAZ E ENGENHARIA DE PROJETO LTDA,

             Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and PROGRAMA AGUA PARA TODOS (PAPT) (successor by integration to PROGRAMA DE APOYO A LA REFORMA DEL SECTOR SANEAMIENTO (PARSSA), formerly known as PROYECTO ESPECIAL PROGRAMA NACIONAL DE AGUA POTABLE Y ALCANTARILLADO (PRONAP)),

             Defendants.

---

08 Civ. 00492 (WHP)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears in the above-captioned action as an attorney for plaintiff Figueiredo Ferraz E Engenharia de Projeto Ltda.

Dated:   New York, New York
           July 7, 2011

                          CHADBOURNE & PARKE LLP

                          By: _____
                                   Paige M. Willan
                               Attorneys for Plaintiff
                               30 Rockefeller Plaza
                               New York, New York 10112
                               (212) 408-5100
                               pwillan@chadbourne.com