UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETO LTDA.,

                        No. 08-CV-0492 (WHP)

        Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALCANTARILLADO (PRONAP)),

               **NOTICE OF CHANGE OF**
               **FIRM ADDRESSES**

        Defendants.
------------------------------------------------------------------ X

        PLEASE TAKE NOTICE, that the addresses of attorneys for defendants have changed as follows:

        Juan C. Basombrio
        DORSEY & WHITNEY LLP
        600 Anton Boulevard, Suite 2000
        Costa Mesa, California 92626

        Mark S. Sullivan
        DORSEY & WHITNEY LLP
        51 W. 52nd Street
        New York, New York 10019

        All other contact information for Messrs. Basombrio and Sullivan remains unchanged.

Dated: August 29, 2011
       New York, New York

                                                       DORSEY & WHITNEY LLP

                                                       By: _____
                                                                Mark S. Sullivan
                                                                 *Attorneys for Defendants*