UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FIGUEIREDO FERRAZ E ENGENHARIA DE       :
PROJECTO LTDA.,

                                :       08 Civ. 492 (WHP)

               Plaintiff,

                                :       <u>ORDER</u>

       -against-

THE REPUBLIC OF PERU, et al.,       :

                                :

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

         Pursuant to the Judgment of the United States Court of Appeal for the Second

Circuit entered as a mandate on January 30, 2011, this action is dismissed on the grounds of

<u>forum non conveniens</u>.  The dismissal of this action is conditioned on Defendants' consent to suit

in the courts of Peru, including a waiver of any otherwise applicable statute of limitations.  If, for

any reason, the courts of Peru decline to entertain a suit to enforce the Award, the lawsuit may be

promptly reinstated in the United States District Court for the Southern District of New York.

         The Clerk of the Court is directed to mark this case closed.

Dated: February 3, 2012
     New York, New York

                           SO ORDERED:

                            WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/12

*All Counsel of Record*