DORSEY & WHITNEY LLP
Juan C. Basombrio (Admitted *Pro Hac Vice*)
600 Anton Boulevard, Suite 2000
Costa Mesa, California  9626
(714) 800-1405

Mark S. Sullivan
51 W. 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETO LTDA.,

                Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALACANTARILLADO (PRONAP)),

                Defendants.
-------------------------------------------------------------------- X

No. 08-CV-0492 (WHP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Dr. Katty Aquize, Declaration of Juan Basombrio, Esq., Notice of Intention to Rely Upon Foreign Law, and upon any further filings by and/or arguments of defense counsel at the hearing and all prior pleadings herein,  Defendants Republic of Peru, Ministerio de Vivienda, Construccion y Saneamiento and Programa Agua Para Todos (collectively, "Defendants") hereby move for an Order directing Plaintiff Figueiredo Ferraz Consultoria E Engenharia De Projecto Ltda. to pay the amount of $1,151,312.10 to Defendants, in order to reimburse

Defendants for their reasonable attorneys' fees and costs incurred herein, as well as for such other relief as the Court may deem to be just and proper.

Dated:　New York, New York
　　　　　February 17, 2012

                        Respectfully submitted,

                        DORSEY & WHITNEY LLP

                        By:  s/ Juan C. Basombrio
                             Juan C. Basombrio (Admitted *Pro Hac Vice*)
                             Mark S. Sullivan
                        600 Anton Boulevard, Suite 2000
                        Costa Mesa, California  92626
                        (714) 800-1400

                        51 W. 52nd Street
                        New York, NY 10019
                        (212) 415-9200

                        *Attorneys for Defendants*