DORSEY & WHITNEY LLP
Juan C. Basombrio (Admitted *Pro Hac Vice*)
600 Anton Boulevard, Suite 2000
Costa Mesa, California  92626
(714) 800-1405

Mark S. Sullivan
51 W. 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
FIGUEIREDO FERRAZ CONSULTORIA E
ENGENHARIA DE PROJETO LTDA.,

        No. 08-CV-0492 (WHP)

        Plaintiff,

-against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO, and
PROGRAMA AGUA PARA TODOS (PAPT) (successor
by integration to PROGRAMA DE APOYO A LA
REFORMA DEL SECTOR SANEAMIENTO (PARSSA),
formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALACANTARILLADO (PRONAP)),

        Defendants.
------------------------------------------------------------------------ X

**DEFENDANTS' RULE 44.1 NOTICE OF INTENTION TO RELY UPON FOREIGN LAW**

PLEASE TAKE NOTICE that Defendants Republic of Peru, Ministerio de Vivienda, Construcción y Saneamiento and Programa Agua Para Todos intend to raise issues of Peruvian law in support of their Motion for Attorneys' Fees and Reimbursement of Expenses in the above-referenced action.

Dated: New York, New York
February 17, 2012

           Respectfully submitted,

           DORSEY & WHITNEY LLP

           By: s/ Juan C. Basombrio
               Juan C. Basombrio (Admitted *Pro Hac Vice*)
               Mark S. Sullivan

           600 Anton Boulevard, Suite 2000
           Costa Mesa, California 92626
           (714) 800-1405

           51 W. 52nd Street
           New York, New York 10019
           (212) 415-9200

           *Attorneys for Defendants*