N.Y.S.D. Case #
08-cv-0492(WHP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of February, two thousand twelve.

---

Figueiredo Ferraz E Engenharia De Projeto LTDA.,

    Plaintiff-Appellee,

    v.

The Republic of Peru, Ministerio De Vivienda, Construccion y Saneamiento, Programa Agua Para Todos (PAPT) (successor by integration to Programa De Apoyo A La Reforma Del Sector Saneamiento (PARSSA), formerly known as Proyecto Especial Programa Nacional De Agua Potable & Alcantarillado (PRONAP)),

    Defendants-Appellants,

The Republic of Peru and The Ministry of Housing, Construction and Clean-up of The Republic of Peru, Programa Agua Para Todos, formerly known as Proyecto Especial Programa Nacional de Agua Portable Y Alacantarillado (PRONAP), formerly known as Programa De Apoyo a la Reforma Del Sector Sanaemiento (PARSSA),

    Defendants.

STATEMENT OF COSTS

Docket No.:  09-3925 (Lead)
              10-1612 (Con.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 27, 2012

DOCKETED AS #12,0334
A JUDGMENT
ON 4/28/12

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $3,622.20 in favor of Appellants The Republic of Peru *et al.*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 02/27/2012