RECEIVED
MAR 2 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/2/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIGUEIREDO FERRAZ E ENGENHARIA DE
PROJETO LTDA.,

                       Plaintiff,

         -against-

THE REPUBLIC OF PERU, MINISTERIO DE
VIVIENDA, CONSTRUCCION Y SANEAMIENTO,
and PROGRAMA AGUA PARA TODOS (PAPT)
(successor by integration to PROGRAMA DE APOYO
A LA REFORMA DEL SECTOR SANEAMIENTO
(PARSSA), formerly known as PROYECTO ESPECIAL
PROGRAMA NACIONAL DE AGUA POTABLE Y
ALCANTARILLADO (PRONAP)),

                       Defendants.

08 Civ. 00492 (WHP)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12

---

WHEREAS, on December 14, 2011 the United States Court of Appeal for the Second Circuit entered a Judgment (the "Judgment") reversing this Court's September 8, 2009 Decision denying the motion of defendants Republic of Peru, Ministerio de Vivienda, Construccion y Saneamiento and Programa Agua Para Todos to dismiss this action, and remanding the action to this Court; and

WHEREAS, pursuant to the Judgment, on February 3, 2012 this Court dismissed this action on the grounds of *forum non conveniens*; and

WHEREAS, on February 17, 2012, defendants filed and served a Motion for Attorneys' Fees and Costs (the "Motion"), moving for an order directing that plaintiff Figueiredo Ferraz Consultoria E Engenharia De Projecto Ltda. shall pay the amount of $1,151,312.10 to the defendants to reimburse defendants for their attorneys' fees and costs incurred in connection with this proceeding; and

WHEREAS, counsel for plaintiff and defendants have agreed to extend the time by which plaintiff must serve answering papers to the Motion and by which defendants must serve any reply papers; and

WHEREAS, no prior requests for an extension to serve any answering or reply papers regarding the Motion have been made.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time by which plaintiff may serve any answering papers to the Motion is extended to, and including, March 12, 2012, and the time by which defendants may serve any reply papers shall be up to, and including, March 29, 2012.

Dated: New York, New York
February 28, 2012

CHADBOURNE & PARKE LLP

By _____
Thomas J. Hall
A Member of the Firm
Attorneys for Plaintiff
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100
thall@chadbourne.com

2

Dated: New York, New York
February 28, 2012

DORSEY & WHITNEY LLP

By _____
Juan C. Basombrio
(Admitted *Pro Hac Vice*)
Mark S. Sullivan
Attorneys for Defendants

600 Anton Boulevard
Costa Mesa, California 92626
(714) 800-1400

51 W. 52nd Street
New York, New York 10019
(212) 415-9200

**SO ORDERED:**

_____
**HON. WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE**

3